**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Nilaben Patel v. Johnson & Johnson*<br>**3:18-cv-00126-MAS-RLS** | **MDL No. 3:16-MD 02738** |

## SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Plaintiff substitutes Kori Westbrook of the Potts Law Firm, LLP, State Bar No. 24037695, in place of Adam Funk of the Funk Law Group PLLC, 5350 Bellaire Blvd., Suite 2716, Bellaire, TX 77401.

Contact information for new counsel is as follows:

> Kori Westbrook
> The Potts Law Firm, LLP
> 3737 Buffalo Speedway, Suite 1900
> Houston, TX 77098
> 713-963-8881 Telephone
> 713-583-5388 Facsimile
> kwestbook@potts-law.com

A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon counsel. Additionally, counsel respectfully requests that all orders, pleadings and correspondence be served upon Kori Westbrook through the CM/ECF system.

Dated: July 26, 2023

Respectfully Submitted,

*/s/ Kori Westbrook*
Kori Westbrook
THE POTTS LAW FIRM
3737 Buffalo Speedway, Suite 1900
Houston, TX 77098
(713) 963-8881 Telephone
(713) 583-5388 Facsimile
kwestbrook@potts-law.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on this 26th of July, 2023 the foregoing was sent via the Court's ECF system to all Counsel of Record.

*/s/ Kori Westbrook*
Kori Westbrook